# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Greg's Greater Chicago Chiropractic, LLC

                Plaintiff,

v.                                              Case No.: 1:15−cv−01959

                                                         Honorable Milton I. Shadur

The Terminix International Company, LP, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 1, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Fairness hearing held. This Court grants final approval of the class action settlement. The Court awards Settlement Class Counsel the sum of $80,333.33 as an award of attorneys' fees. The Court grants Settlement Class Counsel's request for an incentive award to the Class Representative and awards $5,000.00 to Greg's Greater Chicago Chiropractic, LLC. Any unclaimed or undistributed amounts remaining in the Distributable Settlement Fund shall be equally distributed to the cy pres recipients, EPIC and LAF. The parties shall file a stipulation of dismissal without prejudice pursuant to Fed.R. Civ. P. 41(a)(1) thirty (30) days after the effective date. (For further details see separate order)Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.