IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREG'S GREATER CHICAGO CHIROPRATIC, LLC, on behalf of plaintiff and the class members defined herein,<br><br>Plaintiff,<br>v.<br><br>THE TERMINIX INTERNATIONAL COMPANY, LP and THE SERVICEMASTER COMPANY, LLC, and JOHN DOES 1-10,<br><br>Defendant. | )<br>)<br>)<br>) Case No. 1:15-cv-01959<br>)<br>)<br>) Honorable Milton I. Shadur<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF KELLY KRATZ
REGARDING DISTRIBUTION ACTIVITIES
COMPLETED AS OF MAY 17, 2017**

I, Kelly Kratz, being duly sworn and deposed, say:

1.  I am a Principal at Dahl Administration, LLC ("Dahl"), a nationally-recognized firm that provides notice and claims administration services for class actions involving product liability, consumers, insurance, fraud, property, employment, and discrimination. I have experience in all areas of settlement administration including notification, claims processing and distribution.

2.  I am responsible for supervising services provided by Dahl with respect to this action. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3.  I submit this Affidavit to confirm that the distribution requirements directed by the Court's Order dated August 1, 2016 have been met and to correct an error in the Affidavit dated July 18, 2016. The Affidavit dated July 18, 2016, identified forty-five (45) timely and valid claim forms received, representing fifty-two (52) fax transmissions was incorrect. Through Dahl's QC process, Dahl determined that five (5) of

1

the previously identified forty-five (45) timely and valid claims were not valid. The five (5) misidentified valid claim forms were submitted by non-class members and represented one fax transmission each. The correct number of valid claim forms received is forty (40) which represented forty-seven (47) fax transmissions. Dahl Administration notified the 5 claimants that the claims that they submitted were invalid.

4. As of September 20, 2016, in accordance with the Court's Order, defendant The ServiceMaster Company, LLC sent by wire to Dahl Administration the amount of $250,000.00. An escrow account was established with the settlement funds deposited at Wells Fargo ("Settlement Fund Account").

5. On or about August 22, 2016, Dahl Administration sent out correspondence to the 40 class members who submitted valid claims requesting completion of a W-9 form. There were 23 class members who returned valid W-9 forms. Seventeen class members had taxes withheld from their settlement checks.

5. On October 28, 2016, in accordance with the Court's Order and the parties' Settlement Agreement and Release, Dahl issued the following payments from the Settlement Fund Account:

| | |
|---|---|
| Class Member Payments | $156,274.67 |
| Class Representative Payment | $5,000.00 |
| Class Counsel Attorneys' Expenses and Fees | $80,333.33 |
| Settlement Administration Costs | $8,392.00 |
| Total | $250,000.00 |

6. All class member settlement checks had April 26, 2017 void dates and a return address of Greg's Greater Chicago Chiropractic, LLC v. Terminix International Company Administrator, c/o Dahl Administration, PO Box 3614, Minneapolis, MN 55403-0614.

7. As of April 26, 2017, which represents the check cashing deadline, all class member payments had been cashed.

8. Dahl's Affidavit dated July 18, 2016 indicated Dahl's estimated expenses would not exceed $9,000.00. Dahl's final fees and costs were $8,392.00. There were no Tax-Related Costs. The difference between the estimated and final settlement administration costs ($608.00) was added back into the Settlement Fund Account as part of the Distributable Settlement Fund and distributed to the settlement class members.

9.    As of May 22, 2017, no monies remain in the Settlement Fund Account and the account is closed.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 25th day of May, 2017, in Minneapolis, Minnesota.

_____
Kelly Kratz
Principal
Dahl Administration, LLC

Sworn to and Subscribed before me this 25th day of May, 2017.

_____
Notary Public

JOANNA ARTIG
Notary Public
State of Minnesota
My Commission Expires
January 31, 2019

3

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on May 26, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

    Eric S. Mattson (emattson@sidley.com)
    Rachel B. Niewoehner (rniewoehner@sidley.com)
    Frank J. Favia, Jr. (ffavia@sidley.com)
    SIDLEY AUSTIN, LLP
    1 South Dearborn Street
    Chicago, IL 60654

                                                                       s/ Heather Kolbus
                                                                       Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)